IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MADISON CAVANAUGH, | : | CIVIL NO. 3:22-CV-1908 |
| Plaintiff | : | Magistrate Judge Saporito |
| v. | : |  |
| WAL-MART STORES EAST, LP, | : | |
| Defendant | : | |

## SCHEDULING ORDER

AND NOW, this 12th day of April, 2023, IT IS HEREBY ORDERED THAT the following case management deadlines are established in the above-captioned action:

1. **Joinder of Parties.** Any joinder of parties shall be accomplished by May 5, 2023.

2. **Amendments.** Amendments to the pleadings shall be filed by August 1, 2023. Said amendment shall be accompanied by either motion or written consent by adverse party, as required by Rule 15(a), Fed.R.Civ.P.

3. **Discovery.** All discovery shall be complete by September 2, 2023.

4.      **Expert Reports.** Reports of Plaintiff's retained experts shall be produced by <u>August 1, 2023</u>. Reports of Defendant's retained experts shall be produced by <u>August 14, 2023</u>. Supplementations shall be due <u>August 28, 2023</u>.

Counsel are reminded that discovery disputes will be handled as follows: In the first instance, counsel should discuss, in good faith, an equitable resolution of their discovery disagreements. If this good faith discussion is unsuccessful, <u>counsel shall place on the docket</u> a letter describing the nature of the discovery dispute, and the Court shall promptly schedule a conference call among all parties to discuss and resolve the dispute. If, after the conference call, the Court believes the issues need briefing by the parties, it will set down an appropriate briefing schedule. No written discovery motions are to be filed without leave of Court, and even then only following the above-noted procedure.

5.      **Dispositive Motions.** All case dispositive motions shall be filed by <u>October 2, 2023</u>.

6. **Final Pretrial Conference and Trial.** Counsel have advised that they anticipate the case will be trial ready in <u>February 2024.</u> The final pretrial conference and trial dates will be determined after the dispositive motion deadline has expired.

<em>Joseph F. Saporito, Jr.</em><br>
JOSEPH F. SAPORITO, JR.<br>
<strong>United States Magistrate Judge</strong>